IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3061 |
| | ) | |
| v. | ) | |
| | ) | |
| VILLAGE OF LOOMIS, NEBRASKA, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED: The motion to withdraw as counsel for the defendant filed by Roger Shiffermiller, Patrick Cooper, and Fraser Stryker PC, LLO, (filing no. 16), is granted.

DATED this 12th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge